AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED

JAN 24 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHAWN K. WEATHERSBY<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 6:05CR60072-001<br><br>USM Number  39347-179<br><br>Lester J. Gauthier, Jr.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition(s) ST C #7, SP C #1 of the term of supervision.
[ ]  was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s):

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See Next Page | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  XXX-XX-1542 | January 22, 2008<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:  XX/XX/1962 | _(signature)_<br>Signature of Judicial Officer |
| Defendant's USM No.:  39347-179 | REBECCA F. DOHERTY, United States District Judge<br>Name & Title of Judicial Officer |
| Defendant's Residence Address: | |
| Defendant's Mailing Address: | January 24, 2008<br>Date |

COPY SENT
DATE 1-24-08
BY: CS
T: USMS 3cc
     USPO 3cc

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

Judgment - Page 2 of 3

CASE NUMBER: 6:05CR60072-001
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Standard Condition #7 and Special Condition #1 | On July 28, 2006, the defendant submitted a urinalysis for testing and the test result was positive for Methamphetamine and Cocaine. | 7/28/2006 |
| | On May 31, 2007, the defendant submitted a urinalysis for testing and the test result was positive for Cocaine. | 5/31/2007 |
| | On July 31, 2007, the defendant submitted a urinalysis for testing and the test result was positive for Cocaine. | 7/31//2007 |
| | On November 14, 2007, after completing inpatient treatment at Acadiana Recovery Center, the defendant submitted a urinalysis for testing and the test result was positive for Cocaine. | 11/14/2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT: SHAWN K. WEATHERSBY
CASE NUMBER: 6:05CR60072-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months .

[✓]   The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that the defendant be placed in a facility that will provide the most intensive drug treatment program, with an emphasis on prescription drugs, that is available for the defendant to participate.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL