RECEIVED

SEP 2 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **SHAWN KAYLN WEATHERSBY** | **CRIMINAL ACTION NO. 05-60072** <br> **CIVIL ACTION NO. 09-507** |
| **VERSUS** | **JUDGE DOHERTY** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objection to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Shawn Kalyn Weathersby's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. (Rec. Doc. 65) is **DENIED**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 24 day of September, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE